**Order entered June 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00338-CR

**KENNETH TYRELL WINSLOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 001-85568-2017**

## ORDER

Before the Court is court reporter Shawn Gant's June 1, 2018 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before June 11, 2018.

/s/    LANA MYERS
        JUSTICE